UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>J. FREDERICK MOTZ<br>UNITED STATES DISTRICT JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-0782<br>(410) 962-2698 FAX |

September 28, 2005

Memo To Counsel Re: Nancy L. Davis v. Board of Commissioners for Cecil County
Civil No. JFM-05-1578

Dear Counsel:

I have reviewed the memorandum submitted in connection with the "State of Maryland Defendants' Second Motion To Dismiss." I understand that the motion is specifically being filed on behalf of Trooper Joseph Behringer and former Department of State Police Secretary Larry W. Tolliver.

The defendants' motion is denied to the extent that plaintiff seeks monetary relief against Trooper Behringer in his individual capacity and injunctive relief against the defendants. Otherwise, the motion is granted.

A separate order effecting this ruling is being entered herewith.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/


J. Frederick Motz
United States District Judge